UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |
| --- |
| In Re: Stichting Bureau Fraude Recht & Geldzaken Belangenbehartiging en Schadeclaimafwikkeling Gedupeerden Goodwood - ATF en Floresteca |

Case No. 25-mc-540

## ORDER

The application, Dkt. 5, is DENIED WITHOUT PREJUDICE. The applicant is directed to submit a more particularized application that:

1. Explains what information is sought from each financial institution to which a subpoena is to be directed;

2. Explains what basis the applicant has to suspect that the institution in question has the information or evidence sought **in this district**; and

3. Explains how each piece of information sought is relevant and probative in the contemplated foreign judicial proceeding.

The applicant may resubmit the application within 28 days of this order. The applicant should narrow its request so that it is not a generalized "fishing expedition," but is instead targeted to information that the applicant believes is relevant, probative, and in this district. Should the applicant fail to resubmit or seek an extension within that timeframe, the Court may dismiss this action with prejudice. The Clerk of Court is respectfully directed to terminate Dkt. 5.

SO ORDERED.

Dated: December 17, 2025
      New York, New York

_____
      ARUN SUBRAMANIAN
      United States District Judge