UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Stichting Bureau Fraude Recht & Geldzaken Belangenbehartiging en Schadeclaimafwikkeling Gedupeerden Goodwood - ATF en Floresteca | 25-mc-540 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Applicant's amended motion for discovery pursuant to 28 U.S.C. § 1782 is DENIED. Applicant has not shown that the banks to which discovery is to be taken are likely to have relevant evidence.

As the Court understands it, the applicant (1) alleges several foreign entities and individuals of defrauding individuals in the Netherlands; (2) suggests in a declaration (without supplying any documentation) that the alleged perpetrators routed U.S. dollar funds through a number of banks in the Netherlands, Brazil, or the Cayman Islands; and (3) believes that those banks have correspondent banking relationships with banks with offices in this district. That is too attenuated a showing for the Court to allow broad discovery into cross-border transactions. Missing is any example of a transaction that was known to travel to a U.S. bank, let alone to any specific bank. Applicants instead wish to comb through broad amounts of data in the hopes of finding something that can be tied back to the alleged perpetrators.

Applicant may refile at a future date should it supply more specific evidence tying a specific bank to a transaction in question.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 11 and to close the case.

SO ORDERED.

Dated: March 2, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge